PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 07/2021)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
NOV 2 2 2023
BY
DEPUTY _____

IN THE UNITED STATES DISTRICT COURT
FOR THE ___EASTERN___ DISTRICT OF TEXAS
___TYLER___ DIVISION

John A. Grimes      ID# 01444424
Plaintiff's Name and ID Number

TDCJ-CID's
Michael Unit
Place of Confinement

SECOND
AMENDED COMPLAINT

CASE NO. __6:23-cv-406-JCB-KNM__
(Clerk will assign the number)

v.

TDCJ CID Director Brian Collier, et al.
Defendant's Name and Address

Board of Pardons and Parolees
State
Defendant's Name and Address

Sub. Cansel - S. Holomon
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? _X_ YES ___ NO
   B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
      1. Approximate date of filing lawsuit: Before November 17th, 2023
      2. Parties to previous lawsuit:
         Plaintiff(s) John A. Grimes
         Defendant(s) Warden ...
      3. Court: (If federal, name the district; if state, name the county.) n/a
      4. Cause number: 6:23 CV 526
      5. Name of judge to whom case was assigned: K. Nicole Mitchell
      6. Disposition: (Was the case dismissed, appealed, still pending?) Still pending
      7. Approximate date of disposition: n/a, what is date of disposition?

II. PLACE OF PRESENT CONFINEMENT: Michael Unit, 2664 FM 2054, Tenn. Colony, Tx.

TDCS-CID's

III. EXHAUSTION OF GRIEVANCE PROCEDURES: See "Declarations supplemented" Grievance # Dated Nov. 17, 2023

Have you exhausted all steps of the institutional grievance procedure?   X  YES   ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.
Grievance # 2024032390 and # 2023046328

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: John A. Grimes "v", child of God, under assigned ID# JOHN GRIMES v 1464424, Michael Unit 2664 FM 2054, Tenn. Colony, Tx.

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: TDCS-CID Director  Brian Collier, P.O Box 99, Huntsville, Tx.

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. made adopted policies / Prohibit free exercise of my private faith and worship practices made Unlawfully liberty restraint.

Defendant #2: Texas Board of Pardons & Paroles, Clemency Section, 8610 Shoal Creek Blvd. Austin, Texas 78757

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. Assisted Defendant #1 Prohibit free exercise of my private faith and worship practices by Denying me benefit of Commutation of Sentence process, discriminating against my Sincere beliefs in Justification by faith by imposing beliefs in Board rules and Standards.

Defendant #3: Counsel Substitute 1, [S. Holomon] I believe ?, Michael Unit 2664 FM 2054, Tenn. Colony, TX 75886

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. Assisted Both Defendents 1 & 2 deprive me liberty without due process of Law - Legal Injury Substantially increased liberty deprivationing by failing to ensure all due process rights were protected through disciplinary proceedings.

Defendant #4: Officer Loppot, S CO IV, Michael Unit, 2664 FM 2054 Tenn. Colony Tx, 75886

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. Sprayed me with Pepper Spray - failed to report it, denied grievances and medical attention, left Job site thereby Assisted Defendants 1, 2, and 3 because of my religious beliefs and practices, [See Grievance # 2024032390] and [See Nov. 17, 2023 Declaration Supplement]

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

3

V.  STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

See attached extra pages # 1-7
all claims are linked and related to same incident and issues

VI.  RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Grant Injunction and privilege to exercise freely my private faith and worship practices, Grant Preliminary Injunction for my private faith and worship practices be non prohibited any longer. Award nominal and punitive damages - any other damages from Defendants # 3 and #4

VII.  GENERAL BACKGROUND INFORMATION:

A.  State, in complete form, all names you have ever used or been known by including any and all aliases.
New person, new creation, Chosen of God, Prophet, a Son of God Forgiven child of God, Redeemed, Freedom purchased by The Blood of Jesus Christ.

B.  List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.
I am a Free Forgiven Pardoned child of God misrepresented as TDCS-CID # 1464424 - GR##### may this be corrected?

VIII.  SANCTIONS:

A.  Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES  X  NO

B.  If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1.  Court that imposed sanctions (if federal, give the district and division): ____n/a____
   2.  Case number: ____n/a____
   3.  Approximate date sanctions were imposed: ____n/a____
   4.  Have the sanctions been lifted or otherwise satisfied? ____YES  a  NO

4

## Plaintiff Statement

I, John Alfred Grimes, declare that I am the plaintiff in this case and

1. I Am a child of God [John 1:12]
2. I Am Jesus Friend [John 15:15]
3. I Am no longer a Slave-inmate but a Son [Galatians 4:5-7]
4. I have been adopted as a Son of God [Romans 8:15 Eph 1:5]
5. I Am a Son of God and God is my Father [Romans 8:14-15 Galatians 3 & 4th chapter]
6. I Am a heir of God - a joint heir with Christ, sharing his inheritance with him Gal 4:6-7 Romans 8:14
7. I Am united with The Lord and am One in Spirit with him [1 Cor 6:17]
8. I Am Saved by Grace thru Faith and not of my works Eph 2:8-9
9. I Am loved by Jesus and Freed from all my Sins by his blood [Rev. 1:5]
10. I have been Forgiven all my Sins by my God The Ultimate Judge [Col 2:13]
11. I have been Sanctified and Justified in the name of Jesus Christ and The Holy Spirit [1 Cor 6:11]
12. I Am made righteous and a citizen with the rest of God's Family [Eph 2:19]
13. I Am a partaker of Christ I share in his life
14. I Am One of God's living Stones being built up in Christ as a Spiritual house [1 Peter 2:5]
15. I have been bought with a price and I belong to God. [1 Cor 6:20]
16. I Am dead to Sin and alive to God [Romans 6:11]
17. I Am a new creation the old is gone the new has come (2 Cor 5:17)
18. I Am a Saint [1 Cor 1:2 Eph 1:1 Phil 1:1 Col 1:2]
19. I Am Holy and righteous [Eph 4:21]
20. I have been Justified Rom 5:1 declared free of guilt by God.

21. I am the blessed seed of Abraham thru faith and I inherit all the blessings listed in [Deu. Chapter 28 in Holy Bible - Ancient document]

22. I am a King [Rev. 5:10]

23. I believe and understand my mind is deceived whenever man@ made law or policy is being read pressuring me to not understand the Truth (2 Corinthians 3:14-15

24. I am chosen in Christ before the foundation of the world that I be holy and blameless before my Father [Eph 1:4

25. I decree it is ordered John Alfred Grimes'4 liberty is to granted Ordered as soon as practicable, free my body, it is Ordered, let it be on Earth as it is ordered in Heaven. my Kindom of Heaven is Truly in Accord.

26. I renounce and reject all beliefs in everything conflicting with my God's word.

All stated in this declaration is true and correct to the best of my knowledge and made under penalty of perjury, in The Presence of God.

Signed: November 19, 2023

x [signature]
John A. Grimes'4
Plaintiff

2 of 2

## Statement of Claim:

Defendant #1 Brian Collier is involved by adopting TDCJ Policy rules with a Standard for acceptable behavior which effects with Prohibiting Plaintiff's free exercise of private faith and worship practices and places plaintiff's right to worship God according to his conscience and in obedience to his Lord God's Son under threat of being charged with disciplinary offences listed in the TDCJ Disciplinary rules and procedures for offenders Handbook and holding plaintiff responsible for understanding and abiding by rules, regulations and policies detailed in Offenders Handbook, which further prohibits plaintiff all opportunity to freely exercise his private faith and worship practices by incarceration and application to plaintiff of agency rules violating his right to exercise his private faith and worship practices.

Facts Supporting above claim: All below is Prohibited by incarceration and Adopted policy rules applied;

1. Adopted Policies Prohibit and afford no opportunity for Plaintiff to Privately worship God by practicing:

A. caring for orphans and my mother/widows in their distress, at liberty, and

B. Privately share faith experiences and Tell people everywhere what God has done for Plaintiff - who is an Adopted Son of God, redeemed with freedom purchased by The Blood of God's Son, set Free by Jesus Christ my Lord and my God by Faith,

C. my Faith practice of believing Christ has set me free and worship God by Walking with God Freely being led by God's Spirit is afforded no exercise opportunity,

D. my Faith and worship practice of Honoring my Father and Mother, worshipping God by Serving my mother and Family and ones loved, is Prohibited by incarceration

E. My worship of God by letting my good deeds shine out for all to see, so that everyone will praise my God, my Heavenly Father. See Holy Bible my Lord's words matthew 5:13-16

F. My Private Faith Prayer Practice by ① Going into my closet closing the door and praying to my Lord and my God in Secret/Private [see Matthew 6th chapter verse 6]

1 of 7

G. My Private Faith Practice of taking Holy Communion with my Family of believers at liberty where the Spirit of my Lord is, See Holy Bible 2 Cor 3:17 where I believe I must be to worship God in Spirit and in Truth.

H. My private faith and worship practice of Honoring God with my body is prohibited by incarceration, based on man made ideas of law and TDCJ policy that conflict with my sincere belief in God's law that set me Free [Romans 8:2] I believe I can not fully Honor my Lord's God Son Jesus Christ Sacrifice for All my Sins and setting me free from Sin and their penalty by me remaining incarcerated violating my belief in God's Commands to stand in the Liberty Christ died for me to have [Galatians 5:1] I believe I Am Free [my practice believing in] regardless of All worldly beliefs in applied adopted policy, as opposed to my beliefs in Christ's redeeming work finished on the cross and this is one of my Faith practices which is prohibited and burdened by TDCJ adopted policy requiring me to "understand and abide by policy rules" and subjecting my Faith and worship practices to behavior modifying techniques of disciplinary rules and procedures policy applied, and holding my Faith and worship practice under threat of Sanctions/ Level 1 Offense 1.0 – Escape when my practice of loving God with all my heart, mind and Soul as my Lord Jesus commanded requires me to "make every effort to respond to my God's promises – these are the promises that enable me to share in the divine nature and Escape the World's Corruption [See 2 Peter chapter 1 versus 4, 5] I believe God set me free from all Sin/wrongs', free from Sin's penalty which is incarceration, and this incarceration denys me Access to my True places of worship built by my God and not by Human hands at liberty where my Lord God's Spirit is See Hebrew 8:2 and 2 Cor 3:17 does this Constitute Excessive Entanglement?

J. My faith and worship practice of obeying God and seeking first the Kingdom of Heaven and his Righteousness and "Stand up, pick up your mat and go home" (See Matthew ch. 9:6) TDCJ's adopted policy applied forces me to disobey God by threatening me with Disciplinary level 1 offense 1.0 Escape.

K. Concerning my private faith practice of believing in my God's Son my Lord Jesus Christ I believe the Holy Scriptures declaration that we/all are prisoners of sin So we receive God's Promise of freedom only by believing in Christ Jesus [See Galatians 3:22] But my said faith practice of believing in Jesus Christ and my having been set free by God's Promise of freedom is Prohibited and burdened by incarceration and TDCJ adopted policy standards of behavior subjecting my faith practice of believing unto behavior modifying techniques forcing me to conform to the idea of being made right with God by keeping the law which would be equal to me believing myself having been cut off from Christ and fallen away from God's Grace effecting with Eternal Damnation [See Galatians 5:2-4]

L. My faith and worship practice of worshipping God by following the Scriptures instructions on Marriage is Prohibited completely - Scriptures of Holy Bible teach "When or Because there is so much sexual immorality, each man (myself) should have his own wife ... Do not deprive yourselves/each other of sexual relations ... You should come together ... so that Satan won't be able to tempt you because of your lack of self-control ... But if they can't control themselves, they should go ahead and marry. It's better to marry than to burn with lust/passion." [See my Holy Bible 1 Cor. Ch. 7.] TDCJ incarceration and adopted policy rules applied to me pressure me forcing me to 'burn with passion', the same passion I believe is forcing many others to participate in Homosexuality and Sexual immorality within TDCJ-CID

3 of 7

L. TDCJ CID's Director's adopted policy continues to refuse to acknowledge all TDCJ's assigned housing applied to plaintiff is continuously unfair and a form of Unlawful restraint due to the fact Plaintiff has faith and believes in God's law "that sets Plaintiff free", The Law of The Spirit of Life in Christ has set me Free ..." [See Holy Bible - Romans 8:2] which is evidenced in The Ancient document.

Housing Assignments are continuously unfair due to the facts Housing Assignments continuously adversely affect all plaintiff religious conduct of 1. Private Prayer Practice 2. Worshipping God by telling people everywhere what God has done for me privately and publicly, 3. Worshipping God by sharing faith with my child and my family of believers 4. Worshipping God by sharing Faith with my mother and conducting our private Holy Communion with wine and bread, - Blessed, 5. Worshiping God by walking with God in Spirit and in Truth which according to my understanding is impossible to do incarcerated where my God's Son Sacrifice for All my Sins is not honored by my prison experience and Prison experience/housing assignments continue to cause me to suffer loss of faith, loss of belief thereby pressure me unto the sin of unbelief which is placing me under threat of loss of Life, even Life Eternal, it is a very heavy Burden, My Freedom in Christ to believe is burdened, by Policy requiring me to understand Director's beliefs in adopted policy rules which is burdening my faith practice of right believing, making my dwelling non enjoyable,

6. Worshipping God by working hard to serve ones loved and my immediate family is prohibited by adherence to beliefs in adopted policy standards and housing assignment applied

4 of 7

Defendant #2 - Texas Board of Pardons and Paroles

Before November/2023 I Plaintiff had filed Commutation of Sentence Application having received written recommendations of majority of trial officials (See my Holy Bible - Galatians Chapter 1.)

My application was and is now filed based on my faith practice of Justification by my faith in my God and my Lord Jesus Christ Authority granting me Pardon and restoration of rights of citizenship, but the Board discriminated on my sincere beliefs in my Justification/innocence by Faith in my God and my Lord Jesus Christ and afford me no opportunity to exercise my faith and belief in my Justification by Faith, The Board violated all my sincere beliefs by Suspending my CoS application and giving my CoS application no consideration until my beliefs comply with The Board's beliefs in Board rules.

[Note: I the Plaintiff did file evidence exhibit related to this claim however my only copy was attached to previous filing activity.]

So TBPP denied me benefit of CoS process by violating and discrimination against my sincere belief in Justification by Faith only as opposed to The Board's Belief in considering CoS applications that comply to board rules imposed. Does the described claim - acts of The Board afford me any opportunity to exercise my God's gift of my new Life of Liberty in Christ, worshipping God by Honoring Christ's Finished work on the cross purchasing my new Liberty and does such discrimination and denying benefit of CoS process Constitute a violation of my Constitutional rights? - Can I live by my Faith?

Defendant #3 Counsel Substitute 1 - S. Holomon is involved by: Assisting Both Defendant #1 and #2 restrain Plaintiff liberty in violation of God's Law [See Romans 8:2] and apply adopted policy, to deprive plaintiff liberty without due process of law! [At the time of offender notification of Disciplinary case a

1. Before November/2023 G-5 seg. custody restrictions applied to Plaintiff, S. Holomon served as Counsel Sub. to a disciplinary case but when plaintiff made known his intent to enter Holy Bible as evidence in his favor and call witnesses, Counsel Sub. snatched the paper from my hand (Disciplinary report) after "Yes" was circled for the question whether I wanted to attend the hearing. The Counsel Sub. then wrote on the document that I "refused to sign" while I was standing there telling Her "I'm not refusing to sign" This resulted in me not being able to attend a Dis. Hearing which prejudiced all my procedural rights which I did appeal and place under review by Habeas Corpus petition this assault with inaccurate and untrue information resulted in me subjected to G-5 custody restrictions for now about 6 months depriving me liberty without due process of law because I wished to present Bible Scriptural facts as evidence in my favor. I question whether this is clear and obvious violation of Any of U.S Constitutional rules, and if so may this Court immediately order case be overturned. [See Case Civil Action # 6 23 CV 526 for additional information.]

6 of 7

Defendent #4 LOPPOH, S COIV is involved by Assisting Defendents #1, #2, and #3 apply adopted policy rules and Assisted deprive plaintiff liberty without due process of law, by

On October 29, 2023 at Dinnertime K-pod 2 section after 4pm officer before camera sprayed Plaintiff in the face with pepper spray non provoked when officer reached thru plaintiff's cell door's tray slot and discharged a chemical agent before denying plaintiff both grievances and medical attention prior to failing to report this use of force and Officer left his shift effected with leaving plaintiff in a contaminated cell, painted with pepper spray in pain, now still with blurry vision,
This use of force was reported (14) days later,
Plaintiff did file a Complaint November 7th, 2023 with more details and filed it with this Court with a Declaration Supplemental plaintiff requests this supplemental be attached to this filing activity for screening, because it contains information no longer in possession of the plaintiff.

Plaintiff does question whether LOPPOH, S violated The 8th Amendment by his described acts and omissions?

About November 7th I plaintiff filed Grievance # 2024032320 concerning how Officer LOPPOH, S CO IV [who is personally involved in injuring plaintiff and assisting interference with plaintiff right to worship prohibited] so it is here requested he be added as a defendent in this case.

I did file grievance # 2024032320 which was returned to me because all claims were non grievable, thereby exhausting the grievance process. See grievance attached to "Declaration Supplemental"

7 of 7 - extra page

C. Has any court ever warned or notified you that sanctions could be imposed?  ____YES  X NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): n/a
2. Case number: n/a
3. Approximate date warning was issued: n/a

Executed on: 11-19-2023
DATE

John A. Currimes, a child of God
_____
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __19th__ day of __November__, 20 _23_.
         (Day)              (month)             (year)

John A. Curnmes, child of God
_____
(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.